**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO.  1:07CV385**

| | |
|---|---|
| **WAYNE K. PURCELL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **Vs.** ) | **J U D G M E N T** |
| ) | |
| **MISSION HOSPITALS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

For the reasons stated in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that

the Defendant's motion for summary judgment is **ALLOWED**, and this

matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

Signed: December 3, 2008

Lacy H. Thornburg
United States District Judge